IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO C. DE LA CRUZ and ROWENA V. DE LA CRUZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>T. D. SERVICE COMPANY, *et al.*,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-1397 SI<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE FOR AUGUST 13, 2010 AT 3:00 PM** |

　　On April 4, 2010, the Federal Deposit Insurance Corporation, as receiver for First Federal Bank of California, removed this action from Alameda County Superior Court. By order filed April 12, 2010, the Court stayed this action for 90 days, and set a case management conference for August 6, 2010. On June 22, 2010, while the stay was in effect, defendant One West Bank filed a motion to dismiss the complaint. Plaintiffs did not file an opposition to the motion, and instead on August 5, 2010, filed a Notice of Voluntary Dismissal. On August 6, 2010, the Court held a hearing on One West's motion to dismiss and held a case management conference. Counsel for One West Bank filed a declaration prior to the case management conference, and was the only party to appear at the case management conference.

　　In light of the procedural status of this case, the Court finds it appropriate to hold a telephonic case management conference with all parties on **Friday, August 13, 2010** at **3:00 pm**. The Court will

call all counsel at the time of the conference.  **All counsel are directed to file statements regarding the status of this litigation, and whether it is appropriate to dismiss this case without prejudice, no later than 3:00 pm on August 12, 2010.**

**IT IS SO ORDERED.**

Dated: August 10, 2010

_____
SUSAN ILLSTON
United States District Judge