IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO C. DE LA CRUZ, *et al.*, | No. C 10-1397 SI |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| T.D. SERVICE COMPANY, *et al.*, | |
| Defendants.    / | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court DISMISSES this case without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 13, 2010

SUSAN ILLSTON
United States District Judge