IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROLANDO C. DE LA CRUZ, *et al.*,　　　　　　　No. C 10-1397 SI

   Plaintiffs,　　　　　　　　　　　　　　**JUDGMENT**

 v.

T.D. SERVICE COMPANY, *et al.*,

   Defendants.
　　　　　　　　　　　　　　　　　　　/

   This action is dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 13, 2010

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge